173 A.3d 1093

IN THE MATTER OF CHRISTOPHER WEST HYDE, AN
ATTORNEY AT LAW (ATTORNEY NO. 031441987)

D–161 September Term 2016
079522

December 8, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 16–385, concluding that **CHRISTOPHER WEST HYDE** of **NEWTON,** who was admitted to the bar of this State in 1987, should be censured for violating RPC 1.5(b)(failure to set forth in writing the basis or rate of a fee) and RPC 8.1(b) (failure to cooperate with an ethics investigation), and good cause appearing;

It is ORDERED that **CHRISTOPHER WEST HYDE** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20–17.